UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| BRANDNAMESWATCHES INTERNATIONAL, LLC , <br><br> Plaintiff, <br><br> v. <br><br> PNC BANK, NATIONAL ASSOCIATION <br><br> Defendant. | Civil No. _____ <br><br> Judge _____ <br><br> Magistrate _____ |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441 *et seq.*, PNC Bank, National Association ("PNC") hereby removes the civil action filed by Plaintiff Brandnameswatches International, LLC in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida (the "State Court") captioned as *Brandnameswatches International, LLC v. PNC Bank, NA*,[1] Case No. CACE-17-018714 Division 12 (the "State Court Action") to the United States District Court for the Southern District of Florida. In support of this removal, and with reservation of all its rights, defenses and counterclaims, PNC states as follows:

1.  On or about October 11, 2017, Plaintiff initiated this action by filing a Complaint against PNC (the "Complaint") in the State Court.

2.  On or about October 13, 2017, PNC was served with a copy of the Complaint and Summons in Pittsburgh, Pennsylvania.

3.  PNC has filed this Notice within thirty days after being served with the Complaint and Summons. Therefore, removal is timely pursuant to 28 U.S.C. § 1446(b).

4.      Removal of the State Court Action to the United States District Court for the Southern District of Florida is proper pursuant to 28 U.S.C. §1441(a), which provides, in relevant part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because it is a civil action between citizens of various States within the United States, and the amount in controversy exceeds $75,000, exclusive of interest and costs. Consequently, pursuant to 28 U.S.C. § 1441(a), this case may be removed to this Court for the following reasons:

   a.      Plaintiff is a limited liability company organized under the laws of State of Florida with its principal place of business in Broward County, Florida.  Plaintiff's Articles of Organization filed with the Division of Corporations of the Florida Department of State indicate that the members of Plaintiff also are Florida residents.

   b.      Defendant PNC is a national banking association and a citizen of Delaware for purposes of federal diversity jurisdiction.

   c.      The State Court Action asserts damages of $185,704.71, which amount far exceeds the minimum amount in controversy needed for diversity jurisdiction.  See 28 U.S.C. §1332(a).

6.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon PNC is attached hereto.

---

[1] The correct name of Defendant is PNC Bank, National Association.

074658.15027/106265107v.1

7.     Pursuant to 28 U.S.C. § 1446(d), PNC will file a copy of this Notice of Removal with the Clerk in the State Court Action and will serve it on Plaintiff.

WHEREFORE, PNC hereby removes the State Court Action from the State Court to this Court.

Dated: October 30, 2017

                Respectfully submitted,

                BLANK ROME LLP

                /s/     John Lucian
                John Lucian (FL#177342)
                One Logan Square
                130 N. 18th Street
                Philadelphia, PA 19103
                Phone: (215) 569-5442
                lucian@blankrome.com

                and

                Daniel Hurtes (FL#69104)
                Broward Financial Centre
                500 East Broward Blvd, Suite 2100
                Fort Lauderdale, FL 33394
                Phone: (954) 512-1813
                dhurtes@blankrome.com

                Counsel for Defendant,
                PNC Bank, National Association

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2017, I caused a true and correct copy of the foregoing Notice of Removal to be served via U.S. Mail to counsel of record:

Stephen Padula, Esq.
Padula Bennardo Levine, LLP
3837 NW Boca Raton Blvd, Suite 200
Boca Raton, FL 3341

*/s/ Daniel Hurtes*

074658.15027/106265107v.1